IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02410-PAB

EDGAR URIEL MARTINEZ-SALAMANCA,

     Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center, in his official capacity,
DAVID VENTURELLA, Acting Director of U.S. Immigration and Customs enforcement, in his official capacity,
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity, and
TODD BLANCHE, Acting Attorney General of the United States, in his official capacity,

     Respondents.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on petitioner Edgar Uriel Martinez-Salamanca's Verified Petition for Habeas Corpus [Docket No. 1] and Petitioner's Motion for Temporary Restraining Order and/or Preliminary Injunction [Docket No. 2].

     Petitioner's third claim for relief asserts that petitioner was arrested without a warrant being issued and that he should therefore be released. Docket No. 1 at 13-16, ¶¶ 57-66. But petitioner attaches an exhibit to his habeas petition titled "Warrant for Arrest of Alien" that is dated on the same day that petitioner was detained by Immigration and Customs Enforcement ("ICE"). Docket No. 1-1 at 4. Respondents do not address petitioner's warrantless arrest claim and do not contend that petitioner was arrested through a warrant.

     The Court will order petitioner to provide supplemental briefing on the above discrepancy and address whether petitioner was arrested through a proper warrant and, if so, whether his third claim for relief remains cognizable.

     Therefore, it is

     **ORDERED** that petitioner shall submit supplemental briefing addressing the issue identified by the Court on or before **June 16, 2026**. Respondents may file a

response within **five days** of petitioner submitting supplemental briefing.  The supplemental briefing shall not exceed five pages.

DATED June 10, 2026.