IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02410-PAB

EDGAR URIEL MARTINEZ-SALAMANCA,

Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center, in his official capacity,
DAVID VENTURELLA, Acting Director of U.S. Immigration and Customs enforcement, in his official capacity,
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity, and
TODD BLANCHE, Acting Attorney General of the United States, in his official capacity,

Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 18] of Judge Philip A. Brimmer entered on July 20, 2026, it is

ORDERED that petitioner Edgar Uriel Martinez-Salamanca's Verified Petition for Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 23rd day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
Deputy Clerk